**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO.  7:20-CV-183 |
| | § | |
| 0.634 ACRES OF LAND, MORE OR LESS, | § | |
| SITUATE IN HIDALGO COUNTY, | § | |
| STATE OF TEXAS; AND  LEOPOLDO | § | |
| L. GARZA, ET AL., | § | |
| | § | |
| *Defendants.* | § | |

---

### COMPLAINT IN CONDEMNATION
---

     1.     This is a civil action brought by the United States of America at the request of the Secretary of the Department of Homeland Security, through the Acquisition Program Manager, Wall Program Management Office, U.S. Border Patrol Program Management Office Directorate, U.S. Border Patrol, U.S. Customs and Border Protection, Department of Homeland Security, for the taking of property under the power of eminent domain through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest.

     2.     The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1358.

     3.     The interest in property taken herein is under and in accordance with the authority set forth in Schedule "A."

     4.     The public purpose for which said interest in property is taken is set forth in Schedule "B."

     5.     The legal description and map or plat of land in which certain interests are being

acquired by the filing of this Complaint, pursuant to the Declaration of Taking, are set forth in Schedules "C" and "D."

6.     The interest being acquired in the property described in Schedules "C" and "D" is set forth in Schedule "E."

7.     The amount of just compensation estimated for the property interest being acquired is set forth in Schedule "F."

8.     The names and addresses of known parties having or claiming an interest in said acquired property are set forth in Schedule "G."

9.     Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and eligible.

WHEREFORE, Plaintiff requests judgment that the interest described in Schedule "E" of the property described in Schedules "C" and "D" be condemned, and that just compensation for the taking of said interest be ascertained and awarded, and for such other relief as may be lawful and proper.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By:     *s/ N. Joseph Unruh*
        **N. JOSEPH UNRUH**
        Assistant United States Attorney
        Southern District of Texas No. 1571957
        Texas Bar No. 24075198
        1701 W. Bus. Hwy. 83, Suite 600
        McAllen, TX 78501
        Telephone: (956) 618-8010
        Facsimile: (956) 618-8016
        E-mail: Neil.Unruh@usdoj.gov

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1   U.S. Government
Plaintiff

☐ 3   Federal Question
*(U.S. Government Not a Party)*

☐ 2   U.S. Government
Defendant

☐ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans | ☐ 340 Marine | Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1   Original
Proceeding

☐ 2   Removed from
State Court

☐ 3   Remanded from
Appellate Court

☐ 4   Reinstated or
Reopened

☐ 5   Transferred from
Another District
*(specify)*

☐ 6   Multidistrict
Litigation -
Transfer

☐ 8   Multidistrict
Litigation -
Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
_____

Brief description of cause:
_____

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION**
UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:

JURY DEMAND:   ☐ Yes   ☐No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____

DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved May 5, 2017, as Public Law 115-31, div. F, tit. VI, 131 Stat. which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

## LEGAL DESCRIPTION

Hidalgo County, Texas

Tracts:  RGV-MCS-2042
Owner: Leopoldo L. Garza, *et al*.
Acres:  0.398

**BEING** a 0.398 acre tract (17,325 square feet) parcel of land, more or less, being out of a called 2.62 acre tract, recorded in Document No. 2971510, Official Records of Hidalgo County (O.R.H.C.), Texas, conveyed to Leopoldo L. Garza & Celeste Yvette Trevino Garza, said tract lies in a part of Tract 178 as shown on the partition map of Los Ejidos de Reynosa Viejo Grant being recorded in Volume 7, Page 5-8 of the Map Records of Hidalgo County (M.R.H.C.), Texas, said 0.398 acre (17,325 square feet) parcel of land being more particularly described as follows;

**COMMENCING** at a point on the southerly right-of-way of Old Military Road, said point having a coordinate of N=16607763.918, E=1002586.615, said point being the intersection of the southerly right-of-way of Old Military Road and the east line of said tract 178 and the west line of tract 177 as shown on said partition map of Los Ejidos de Reynosa Viejo Grant, conveyed to Penitas Properties, LTD by Document No. 2015-2639505, Official Records of Hidalgo County (O.R.H.C.), Texas;

**THENCE**: S 09°42'26" W, along the east line of said Leopoldo L. Garza & Celeste Yvette Trevino Garza tract and west line of said Penitas Properties, LTD. tract, a distance of 177.00 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-O-4A_3-1" for the POINT OF BEGINNING and having a coordinate of N=16607589.450, E=1002556.770, said point being the northeast corner of the herein described proposed acquisition tract, said point being S 80°42'21" E, a distance of 888.45 feet from United States Corps of Engineers Control Point No. H130, said point also being on the landside toe of a levee;

**THENCE**: S 09°42'26" W, departing said landside toe of levee and along the east line of said Leopoldo L. Garza & Celeste Yvette Trevino Garza tract and the west line of said Penitas Properties, LTD. tract, passing at 137.92 feet the south line of a levee easement (897-H), recorded in Document No. 1959-6221, Official Records of Hidalgo County (O.R.H.C.), Texas, conveyed to the United States of America, in total a distance of 253.60 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-O-4A_3-2" for the southeast corner of the herein described proposed acquisition tract;

## **SCHEDULE C (continued)**

LEGAL DESCRIPTION

Tracts:  RGV-MCS-2042
Owner: Leopoldo L. Garza, *et al*.
Acres:  0.398


**THENCE**: S 89°47'58" W, departing the east line of said Leopoldo L. Garza & Celeste Yvette Trevino Garza tract and the west line of said Penitas Properties, LTD. tract, a distance of 73.85 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-O-4A_3-3=RGV-O-4A_3-1-2" for the southwest corner of the herein described proposed acquisition tract, said point being on the west line of said Leopoldo L. Garza & Celeste Yvette Trevino Garza tract and the east line of Tract 179-A as shown on said partition map of Los Ejidos de Reynosa Viejo Grant, conveyed to Maria Cristina L. Cavazos, Dora L. Lopez, Maria Irma L. Martinez, Velia L. Rivera, and Manual Luna, Jr., recorded in Volume 2202, Page 385, Deed Records of Hidalgo County (D.R.H.C.), Texas;

**THENCE**: N 12°18'39" E, along the west line of said Leopoldo L. Garza & Celeste Yvette Trevino Garza tract and the east line of said Maria Cristina L. Cavazos, Dora L. Lopez, Maria Irma L. Martinez, Velia L. Rivera, and Manual Luna, Jr. tract, passing at 112.49 feet the south line of said levee easement (897-H), passing at 257.47 feet the north line of said levee easement (897-H), in total a distance of 262.77 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-O-4A_3-4=RGV-O-4A_3-1-1" for the northwest corner of the herein described proposed acquisition tract, said point being on the landside toe of a levee;

**THENCE**: S 88°36'08" E, departing the west line of said Leopoldo L. Garza & Celeste Yvette Trevino Garza tract and the east line of said Maria Cristina L. Cavazos, Dora L. Lopez, Maria Irma L. Martinez, Velia L. Rivera, and Manual Luna, Jr. tract and along said landside toe of levee, a distance of 56.56 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-O-4A_3-5" for an angle point, said point being on the north line of said levee easement (897-H);

**THENCE:** S 38°17'47" E, departing the north line of said levee easement (897-H) and along said landside toe of levee, a distance of 6.53 feet to the POINT OF BEGINNING and containing 0.398 acres (17,325 square feet) of land, more or less.

## SCHEDULE C (continued)

## LEGAL DESCRIPTION

Tracts: RGV-MCS-2042E-1
Owner: Leopoldo L. Garza, *et al*.
Acres:  0.236

**BEING** a 0.236 acre tract (10,289 square feet) parcel of land, more or less, being out of a called 2.62 acre tract, recorded in Document No. 2971510, Official Records of Hidalgo County (O.R.H.C.), Texas, conveyed to Leopoldo L. Garza & Celeste Yvette Trevino Garza, said tract lies in a part of Tract 178 as shown on the partition map of Los Ejidos de Reynosa Viejo Grant being recorded in Volume 7, Page 5-8 of the Map Records of Hidalgo County (M.R.H.C.), Texas, said 0.236 acre tract (10,289 square feet) parcel of land being more particularly described as follows;

**BEGINNING** at a point on the southerly right-of-way of Old Military Road, said point having a coordinate of N=16607786.587, E=1002537.789, said point being the intersection of the southerly right-of-way of Old Military Road and the west line of said Tract 178 and the east line of a tract of land, recorded in Volume 2202, Page 385, Deed Records of Hidalgo County (D.R.H.C.), Texas, conveyed to Maria Cristina L. Cavazos, Dora L. Lopez, Maria Irma L. Martinez, Velia L. Rivera and Manual Luna, Jr., said tract of land lies in Tract 179-A as shown on the partition map of said Los Ejidos de Reynosa Viejo Grant, said point being the northwest corner of the herein described proposed easement tract, said point also being N 86°25'17" E, a distance of 859.48 feet from United States Corps of Engineers Control Point No. H130;

**THENCE:** S 65°05'44" E, departing east line of said Maria Cristina L. Cavazos, Dora L. Lopez, Maria Irma L. Martinez, Velia L. Rivera and Manual Luna, Jr. tract and west line of said Leopoldo L. Garza and Celeste Yvette Trevino Garza tract, and along the southerly right-of-way of Old Military Road, a distance of 53.83 feet to point for the northeast corner of the herein described proposed easement tract and the NE corner of tract 178;

**THENCE:** S 09°42'26" W, departing the southerly right-of-way of Old Military Road, a distance of 177.00 feet to a point for the southeast corner of the herein described proposed easement tract, said point being on the landside toe of levee, said point also being a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-O-4A_3-5"

**THENCE:** N 38°14'47" W, along said landside toe of levee, a distance of 6.53 feet to an angle point;

## SCHEDULE C (continued)

LEGAL DESCRIPTION

Tracts: RGV-MCS-2042E-1
Owner: Leopoldo L. Garza, *et al*.
Acres:  0.236

**THENCE:** N 88°36'08" W, along said landside toe of levee, a distance of 56.56 feet to a point for the southwest corner of the herein described proposed easement tract to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-O-4A_3-4=RGV-O-4A_3-1-1";

**THENCE:** N 12°18'39" E, departing said landside toe of levee, a distance of 165.28 feet to an angle point, said point being on the east line of said Maria Cristina L. Cavazos, Dora L. Lopez, Maria Irma L. Martinez, Velia L. Rivera and Manual Luna, Jr. tract and the west line of said Leopoldo L. Garza and Celeste Yvette Trevino Garza tract;

**THENCE:** N 12°18'39" E, along the east line of said Maria Cristina L. Cavazos, Dora L. Lopez, Maria Irma L. Martinez, Velia L. Rivera and Manual Luna, Jr. tract and the west line of said Leopoldo L. Garza and Celeste Yvette Trevino Garza tract, a distance of 29.83 feet to the **POINT OF BEGINNING** and containing 0.236 acre tract (10,289 square feet) of land, more or less.

# SCHEDULE D

## SCHEDULE D

### MAP or PLAT

LAND TO BE CONDEMNED



Tract:  RGV-MCS-2042
Owner:  Leopoldo L. Garza, *et al*.
Acres:  0.398

## SCHEDULE D (continued)

### MAP or PLAT

### LAND TO BE CONDEMNED



**EASEMENTS**

[1] UNITED STATES OF AMERICA EASEMENT
DOC. NO. 1959-17052 ("898-H") ORHC

[2] UNITED STATES OF AMERICA EASEMENT
DOC. NO. 1959-6221 ("897-H") ORHC

[3] UNITED STATES OF AMERICA EASEMENT
DOC. NO. 1958-12706 ("909-H") ORHC

[4] UNITED STATES OF AMERICA EASEMENT
DOC. NO. 1956-12378 ("906"H") ORHC

[5] UNITED STATES OF AMERICA REVETMENT
[SOUTH TO RIO GRANDE RIVER]
DOC. NO. 1956-12378 ("906-H") ORHC

[6] UNITED STATES OF AMERICA REVETMENT
[SOUTH TO RIO GRANDE RIVER]
DOC. NO. 1959-17052 ("898-H") ORHC

[7] UNITED STATES OF AMERICA REVEMENT
[SOUTH TO RIO GRANDE RIVER]
DOC. NO. 1959-6221 ("897-H") ORHC

[8] UNITED STATES OF AMERICA REVETMENT
[SOUTH TO RIO GRANDE RIVER]
DOC. NO. 1958-12706 ("909-H") ORHC

| DESCRIPTION | NORTHING | EASTING |
|---|---|---|
| RGV-0-4A_3-1 | 16607589.450 | 1002556.770 |
| RGV-0-4A_3-2 | 16607339.482 | 1002514.009 |
| RGV-0-4A_3-3 RGV-0-4A_3-1-2 | 16607339.224 | 1002440.159 |
| RGV-0-4A_3-4 RGV-0-4A_3-1-1 | 16607595.952 | 1002496.186 |
| RGV-0-4A_3-5 | 16607594.572 | 1002552.725 |

**LEGEND**

DRHC   DEED RECORDS OF HIDALGO COUNTY

INST.   INSTRUMENT

NO.   NUMBER

ORHC   OFFICIAL RECORDS OF HIDALGO COUNTY

PG.   PAGE

POB   POINT OF BEGINNING

POC   POINT OF COMMENCING

VOL.   VOLUME

●   SET 5/8" REBAR W/ "B&F" CAP STAMPED AS NOTED

⊙   FOUND MONUMENT AS NOTED

⊙ CP   CALCULATED POINT

△   CONTROL POINT

─ᴏ─   SIGN AS NOTED

─────   ACQUISITION AREA BOUNDARY

─ᴏ──ᴏ──   EXISTING BOLLARD WALL

─ ─ ─ ─ ─   LEVEE EASEMENT

──PL──   PROPERTY LINE

GENERAL SURVEYOR'S NOTES:
1. THE BEARINGS, DISTANCES AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE(4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY WAS COMPLETED IN NOVEMBER, 2018.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. B&F ENGINEERING, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORP'S CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.
8. LONE STAR 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON JANUARY 28, 2019 (TICKET NO. 1952529943).
9. THERE IS AN UNDERGROUND GAS EASEMENT THAT EFFECTS THIS PROPERTY. THE EASEMENT IS RECORDED IN DOC. NO. 1957-15716. THIS EASEMENT IS BLANKET IN NATURE AND COULD NOT BE DISPLAYED ON THIS PLAT.

**METES & BOUNDS SURVEY**
LEPOLDO L GARZA AND CELESTE YVETTE TREVINO GARZA
**TRACT No. RGV- MCS-2042**
**HIDALGO COUNTY**   **TEXAS**

## SCHEDULE D (continued)

### MAP or PLAT

### LAND TO BE CONDEMNED



## SCHEDULE D (continued)

### MAP or PLAT

LAND TO BE CONDEMNED



Tract: RGV-MCS-2042E-1
Owner: Leopoldo L. Garza, *et al*.
Acres: 0.236

## SCHEDULE D (continued)

### MAP or PLAT

### LAND TO BE CONDEMNED



**SCHEDULE D (continued)**

MAP or PLAT

LAND TO BE CONDEMNED



# SCHEDULE E

## SCHEDULE E

## ESTATE TAKEN

Hidalgo County, Texas

Tract:  RGV-MCS-2042
Owner:  Leopoldo L. Garza, et al.
Acres:  0.398

 Tract: RGV-MCS-2042

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of the lands identified in the Document No. 2018-2971510, Official Records of Hidalgo County (O.R.H.C.) and Document No. 1982-37020, Official Records of Hidalgo County (O.R.H.C.) reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.


Tract:  RGV-MCS-2042E-1
Owner:  Leopoldo L. Garza, et al.
Acres:  0.236

A non-exclusive, perpetual and assignable easement and right-of-way in, on, over, under and across the land described in Schedule C, for use by the United States, its representatives, agents, and contractors, for the location, construction, operation, maintenance, alteration and replacement of a road and aboveground and/or underground utility lines and appurtenances thereto; together with the right to trim, cut, fell and remove any vegetative or structural obstacles that interfere with the right-of-way; subject to existing easements for public roads and highways, public utilities, railroads and pipelines, if any; reserving however, to the owners, their heirs and assigns, the right to use the surface of such land as access to their adjoining land or for any other use consistent with its use as a road and utility easement.

**SCHEDULE E (continued)**

ESTATE TAKEN

Hidalgo County, Texas



# SCHEDULE F

## **SCHEDULE F**

## ESTIMATE OF JUST COMPENSATION

**TRACT RGV-MCS-2042:**

The sum estimated as just compensation for the land acquired is TWELVE THOUSAND FIVE HUNDRED EIGHTY-ONE DOLLARS AND 00/100 ($12,581.00).

**TRACT RGV-MCS-2042E-1:**

The sum estimated as just compensation for the land acquired is FIVE THOUSAND ONE HUNDRED NINETY-FIVE DOLLARS AND 00/100 ($5,195.00).

# SCHEDULE G

### SCHEDULE G

### INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States.  See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| 1.  Leopoldo L. Garza<br><br>Mission, TX  78574 | **RGV-MCS-2042 and RGV-MCS-2042E-1**<br>Owner pursuant to Cause No. 15, 080-B Probate Records of Hidalgo County, Document Nos. 2002-1126138, 2002-1126139, and 2018-2971519 Real Property Records of Hidalgo County |
| 2.  Celeste Yvette Trevino Garza<br><br>Mission, TX  78574 | Owner pursuant to Cause No. 15, 080-B Probate Records of Hidalgo County, Document Nos. 2002-1126138, 2002-1126139, and 2018-2971519 Real Property Records of Hidalgo County |
| 3.  Chris Edward Chestnut<br><br>Alamo, TX  78516 | Owner pursuant to Cause No. 14,656-A, Probate Records of Hidalgo County, Document No. 1982-37020, Real Property Records of Hidalgo County, and Cause Nos. P-32,398 and P-34,243 P.R.H.C |
| 4.  Lilly Elizabeth Chestnut<br><br>Alamo, TX  78516 | Owner pursuant to Cause No. 14,656-A, Probate Records of Hidalgo County, Document No. 1982-37020, Real Property Records of Hidalgo County, and Cause Nos. P-32,398 and P-34,243 P.R.H.C |
| 5.  Ruth Aguirre Lopez Chestnut<br><br>Alamo, TX  78516 | Owner pursuant to Cause No. 14,656-A, Probate Records of Hidalgo County, Document No. 1982-37020, Real Property Records of Hidalgo County, and Cause Nos. P-32,398 and P-34,243 P.R.H.C |
| 6.  Ian Adair Chestnut<br><br>Alamo, TX  78516 | Owner pursuant to Cause No. 14,656-A, Probate Records of Hidalgo County, Document No. 1982-37020, Real Property Records of Hidalgo County, and Cause Nos. P-32,398 and P-34,243 P.R.H.C |
| 7.  Pablo "Paul" Villarreal, Jr.<br>Hidalgo County Tax Assessor & Collector<br>2804 S. Business Hwy 281<br>Edinburg, TX  78539 | Tax Assessor/Collector |