Case 7:20-cv-00183   Document 19   Filed on 09/09/20 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
September 09, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | |
| § | |
| 0.634 ACRES OF LAND, MORE OR § | |
| LESS, in HIDALGO COUNTY, TEXAS; § | CIVIL ACTION NO. 7:20-cv-00183 |
| LEOPOLDO L. GARZA; CELESTE § | |
| YVETTE TREVINO GARZA; CHRIS § | |
| EDWARD CHESTNUT; LILLY § | |
| ELIZABETH CHESTNUT; RUTH § | |
| AGUIRRE LOPEZ CHESTNUT; and IAN § | |
| ADAIR CHESTNUT, § | |
| § | |
| Defendants. § | |

## **SCHEDULING ORDER**

The Court now considers the parties' "Joint Discovery/Case Management Plan Under FRCP 26(f)."[1] In lieu of holding an initial pretrial conference in light of the COVID-19 pandemic,[2] the Court enters this scheduling order. The initial pretrial and scheduling conference previously scheduled for September 15, 2020,[3] is **CANCELLED**. This case-specific scheduling order controls disposition of this action pending further order of the Court. The following actions shall be completed by the dates indicated:

---

[1] Dkt. No. 18.
[2] *See* Proclamation No. 9994, 85 Fed. Reg. 15,337 (Mar. 13, 2020) (Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID-19) Outbreak); Tex. Exec. Order No. GA-29, 45 Tex. Reg. 4849 (July 17, 2020) (Relating to the use of face coverings during the COVID-19 disaster) (citing Tex. Proclamation No. 41-3720, 45 Tex. Reg. 2,094 (Mar. 27, 2020)); Hidalgo Cnty., Tex., *County Order 20-013 in Response to the Continuing Public Health Emergency Related to COVID-19* (eff. Aug. 20, 2020),
https://www.hidalgocounty.us/DocumentCenter/View/40458/08192020-Hidalgo-County-Emergency-Order-20-013;
*In Re: Court Operations in the McAllen Divison [sic] Under the Exigent Circumstances Created by the COVID-19 Pandemic*, Spec. Order No. M-2020-8 (S.D. Tex. Sept. 4, 2020),
https://www.txs.uscourts.gov/sites/txs/files/Special%20Order%20M-2020-08%20Court%20Operations%20in%20McAllen%20During%20COVID-19.pdf.
[3] Dkt. No. 5 at 1, ¶ 1.

| PRETRIAL EVENTS | DEADLINES |
|---|---|
| Deadline to file all documentation adding, substituting, disclaiming, or dismissing interested parties.[4]<br><br>N.B.[5]: If necessary, the United States may also file amended condemnation documents or an amended schedule of interested parties. | November 13, 2020 |
| Deadline to notify the Court whether the parties (1) consent to the Court deciding the issue of just compensation upon briefs and evidence submitted therewith or (2) request an evidentiary hearing on the issue of just compensation.<br><br>N.B.: Parties may request a jury trial or a special commission[6] or consent to a bench trial. There is no right to jury trial.[7] | December 14, 2020 |
| Deadline to file briefs and submit evidence (or anticipated evidence if an evidentiary hearing is requested) on the issue of just compensation.<br><br>N.B.: The Court will conduct a preliminary screening of the briefs and anticipated evidence submitted to determine whether the evidence is sufficient to order a jury trial if one is requested.[8] | January 13, 2021 |
| Deadline to file all pretrial motions, including any dispositive motions, except motions in limine which shall be filed with the Joint Pretrial Order. | February 12, 2021 |
| Deadline to file joint pretrial order, motions in limine, and proposed jury instructions (or | April 13, 2021 |

---

[4] *See* FED. R. CIV. P. 71.1(i).
[5] *See N.B.*, BLACK'S LAW DICTIONARY (11th ed. 2019) ("Note well; take notice — used in documents to call attention to something important.").
[6] FED. R. CIV. P. 71.1(h).
[7] *Ga. Power Co. v. 138.30 Acres of Land*, 596 F.2d 644, 647 (5th Cir. 1979), *aff'd sub nom. Ga. Power Co. v. Sanders*, 617 F.2d 1112, 1113 (5th Cir. 1980) (en banc).
[8] *See United States v. 320.0 Acres of Land, More or Less in Monroe Cty.*, 605 F.2d 762, 819–20 (5th Cir. 1979); *United States v. 33.92356 Acres of Land, More or Less, in Vega Baja*, 585 F.3d 1, 8 (1st Cir. 2009) (citing *320.0 Acres*, 605 F.2d at 815) ("While the jury tries issues of valuation, the trial judge must screen the proffered best and highest uses . . . .").

| | |
|---|---|
| proposed findings of fact & conclusions of law).[9] | |
| Final pretrial conference and trial scheduling, unless the parties elected for the Court to decide the issue of just compensation upon the briefs and evidence submitted therewith, in which case the conference is automatically cancelled. | May 24, 2021, at 9:00 a.m. |

This scheduling order supersedes any earlier scheduling order, is binding on all parties, and shall not be modified except by leave of Court upon showing of good cause.[10] All other deadlines not specifically set out in this scheduling order will be governed by the Federal Rules of Civil Procedure and this Court's Local Rules.

    IT IS SO ORDERED.

    DONE at McAllen, Texas, this 9th day of September 2020.

                                                        Micaela Alvarez
                                              United States District Judge

---

[9] The Joint Pretrial Order must be in accordance with Appendix B of the Local Rules for the Southern District of Texas and must include the disclosures required by Federal Rule of Civil Procedure 26(a)(3).
[10] *See* FED. R. CIV. P. 16(b)(4).